UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Heidi Robinson,

    Plaintiff(s),

vs                                          Case No: 10-10582
                                             Honorable Victoria A. Roberts

Bluerock Management, Inc., et al,

    Defendant(s),
_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their differences. Accordingly,

This matter is dismissed with prejudice. The Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

**IT IS ORDERED.**

                                            /s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: February 18, 2011

-----------------------------------------------------------------------------

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Chui Karega and Janice Hildenbrand on the above date by electronic filing.

                                            /s/ Linda Vertriest
                                            Deputy Clerk